# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0052.  ALONZO Q. HILL v. CHANESTIA P. DAVIS.

In this application for discretionary appeal, Alonzo Q. Hill seeks review of the trial court's order holding him in contempt and declining to hold respondent Chanestia P. Davis in contempt. The application materials suggest that the underlying litigation is a child custody case, and that Hill sought to hold Davis in contempt for violating the trial court's final order on his motion for modification of visitation. Under these circumstances, Hill has a right of direct appeal.  See OCGA § 5-6-34 (a) (11) (Direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgments or orders.").

We will grant a timely application for discretionary review if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.  Hill shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, he has already filed a notice of appeal, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

Respondent Chanestia P. Davis has filed a motion to dismiss this appeal.  That motion is hereby DENIED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __10/16/2015__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*